IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Raymond D. Bushner, | : | |
| | : | Case No. 1:25-cv-501 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Adopting Report and |
| Captain Cody Barrett, *et al.*, | : | Recommendation and |
| | : | Dismissing without Prejudice Claim 1 |
| Defendants. | : | |

Plaintiff Raymond D. Bushner, an inmate at the Warren Correctional Institution, has filed a *pro se* civil rights Complaint against multiple prison officers.  (Doc. 3.)  Magistrate Judge Stephanie K. Bowman issued an Order and Report and Recommendation on April 2, 2026.  (Doc. 4.)  This Order addresses only the Report and Recommendation.  The Magistrate Judge recommended that the Court dismiss without prejudice Claim 1 pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).  (*Id.* at PageID 151.)  Bushner did not file objections.

The Court finds no clear error in the Magistrate Judge's conclusion that Bushner failed in Claim 1 of the Complaint to state a claim for denial of access to the courts upon which relief can be granted.  Accordingly, the Report and Recommendation (Doc. 4) is **ADOPTED**.  Claim 1 of the Complaint is **DISMISSED WITHOUT PREJUDICE.**   The Court certifies under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge

1